**Andrew Rick LOPEZ, Plaintiff–Appellant,**

v.

**S. COOK, Captain; M. Garate, Sergeant; R. McKean, c/o; C. Adams, Lieutenant; R. Johnson; J. Harrison; P. Statti; D. Shaver; A. Nergenah; N. McClure; Vanderville; J. Gillam; S. Babbich; T. Bartos; Jackson; D. Morton, Defendants–Appellees.**

No. 11–16929.

United States Court of Appeals, Ninth Circuit.

July 1, 2014.

Andrew Rick Lopez, Corcoran, CA, pro se.

Frank Busch, Bingham McCutchen LLP, San Francisco, CA, for Plaintiff–Appellant.

\* The panel unanimously concludes this case is suitable for decision without oral argument.

S. Cook, Captain, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

ORDER

The Stipulated Motion to Recall the Mandate to Correct Error is GRANTED. The mandate is recalled. The disposition shall be amended as follows:

At page 4, in the second line of the first full paragraph, replace "James" with "Johnson."

Following amendment, the mandate shall issue forthwith.